IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles D'Mon Harden,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Charles L, Ryan, *et al.*,<br><br>　　　　　Respondents. | No. CV-19-05413-PHX-JJT (JFM)<br><br>**ORDER** |

At issue is the Report and Recommendation (Doc. 17, "R&R") submitted by United States Magistrate Judge James F. Metcalf recommending the Court: 1) deny Ground 1 and part of Ground 3 of the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Doc. 1); and 2) dismiss with prejudice Ground 2 and the remainder of Ground 3 of the Petition. Judge Metcalf advised the parties they had 14 days after service of the R&R to file any objections thereto, and warned that failure to timely file objections to the R&R will result in acceptance of the Report and Recommendation by the District Court without further review" pursuant to *United States v. Reyna-Tapia,* 328 F. 3d 1114, 1121 9th Cir. 2003). The time to file objections passed nearly a month ago and Petitioner filed none. The Court therefore accepts the R&R and its underlying analysis.

**IT IS ORDERED** adopting in whole the R&R (Doc. 17) in this matter.

**IT IS FURTHER ORDERED** dismissing with prejudice Grounds 2 and 3 of the Petition (Doc. 1), and denying on the merits Ground 1 and his claim for ineffective

assistance of PCR counsel in Ground 3 of the Petition. The Clerk of Court shall close this matter.

**IT IS FURTHER ORDERED** denying a Certificate of Appealability and leave to appeal *in forma pauperis*. Jurists of reason would find neither the Court's procedural ruling above nor its assessment of the constitutional claims debatable.

Dated this 20th day of July, 2021.

Honorable John J. Tuchi
United States District Judge